IN THE UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan – Southern Division

**In the Matter of**: }
} Case No. 10-52106-pjs
James Brendan Dimond }
Jennifer Anne Dimond } Chapter 13
}
**Debtors** } Hon. Phillip J. Shefferly

-----------------------------------------------------------/

James Brendan Dimond and     Adversary Proceeding No: 10-06409-pjs
Jennifer Anne Dimond,
a married couple,

    Plaintiffs,

vs.

HSBC MORTGAGE SERVICES, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE OF PROCESS

    Gregory L. Dodd (P-43404), attorney for the Debtors James & Jennifer Dimond, deposes and states that he is the attorney for the debtors, and says that on August 13, 2010, he served a copy of Complaint to Determine the Extent of the Lien of HSBC Mortgage Services, Inc. as Successor in Interest to and/or Assignee of Calusa Investments, LLC, to:

    The following individuals were served by placing documents in an envelope, correctly addressed and placing same in the U.S. Mail with postage pre-paid:

        James & Jennifer Dimond
        7234 Deertrack Drive
        Ypsilanti, MI  48197

    The following individual was served electronically pursuant to the court notice of service:

        David Wm. Ruskin
        Chapter 13 Trustee

The following entities were served certified mail & return receipt requested by placing documents in an envelope correctly addressed and placing same in the U.S. Mail with postage prepaid:

| | |
|---|---|
| HSBC MORTGAGE SERVICES<br>CT CORPORATION SYSTEM,<br>RESIDENT AGENT<br>30600 TELEGRAPH ROAD<br>BINGHAM FARMS, MI 48025 | HSBC MORTGAGE SERVICES<br>ATTN: MICHAEL A. FREEMAN,<br>CCO/VP<br>636 GRAND REGENCY BLVD<br>BRANDON, FL 33510 |

Dated: August 13, 2010

/s/ Gregory L. Dodd
Attorney at Law
300 North Huron Street
Ypsilanti, MI  48197
Phone: (734) 487-2611
Fax: (734) 487-5094
gregorydodd@doddkeyeslaw.com