**IN THE UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan – Southern Division

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 10-52106-pjs |
| James Brendan Dimond } | |
| Jennifer Anne Dimond } | Chapter 13 |
| } | |
| **Debtors** } | Hon. Phillip J. Shefferly |

-----------------------------------------------------------/

James Brendan Dimond and         Adversary Proceeding No: 10-06409-pjs
Jennifer Anne Dimond,
a married couple,

    Plaintiffs,

vs.

HSBC MORTGAGE SERVICES, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE OF PROCESS
## OF SUMMONS AND COMPLAINT

    Gregory L. Dodd (P-43404), attorney for the Debtors James & Jennifer Dimond, deposes and states that he is the attorney for the debtors, and says that on August 13, 2010, he served a copy of the Summons and Complaint to Determine the Extent of the Lien of HSBC Mortgage Services, Inc. as Successor in Interest to and/or Assignee of Calusa Investments, LLC, to:

    The following individuals were served by placing the documents in an envelope, correctly addressed and placing same in the U.S. Mail with postage pre-paid:

        James & Jennifer Dimond
        7234 Deertrack Drive
        Ypsilanti, MI  48197

    The following individual was served electronically pursuant to the court notice of service:

        David Wm. Ruskin
        Chapter 13 Trustee

The following entities were served with the Summons & Complaint, certified mail & return receipt requested by placing documents in an envelope correctly addressed and placing same in the U.S. Mail with postage prepaid:

HSBC MORTGAGE SERVICES
CT CORPORATION SYSTEM,
RESIDENT AGENT
30600 TELEGRAPH ROAD
BINGHAM FARMS, MI 48025

HSBC MORTGAGE SERVICES
ATTN: MICHAEL A. FREEMAN,
CCO/VP
636 GRAND REGENCY BLVD
BRANDON, FL 33510

Dated: September 7, 2010

/s/ Gregory L. Dodd
Attorney at Law
300 North Huron Street
Ypsilanti, MI 48197
Phone: (734) 487-2611
Fax: (734) 487-5094
gregorydodd@doddkeyeslaw.com